UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                           CA NO:    05-30079-MAP

BERNARD M. ALBERT

ORDER

SEPTEMBER 28, 2005

On March 31, 2005, a complaint for repossession of collateral was filed in the above captioned case. On July 12, 2005 a return of service was filed by the U.S. Marshal Service indicating service was made on July 1, 2005. Since that time, no further action has occurred in this case. Therefore, counsel for plaintiff shall file a written status report on or before October 14, 2005 as to their intent to proceed with this case.

Failure to comply with this order shall result in the dismissal of this case for lack of prosecution.

                                        MICHAEL A. PONSOR
                                        U.S. DISTRICT JUDGE

                                        /s/Elizabeth A. French
                        BY      _____
                                Elizabeth A. French
                                Deputy Clerk