```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> Plaintiff )<br> )<br>       v.           )   C.A. No. 05-30079-MAP<br> )<br>BERNARD M. ALBERT, )<br> Defendant )  | |

ORDER OF DISMISSAL

October 19, 2005

**PONSOR, D.J.**

On September 28, 2005 the court ordered counsel for the plaintiff to file a written status report no later than October 14, 2005, regarding plaintiff's intent to proceed with this case. The order indicated that failure to comply would result in dismissal. No status report having been filed, this case is hereby ordered DISMISSED and file ordered closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge